**Donald WILLIAMS, Appellant,**

v.

**MINNESOTA DEPARTMENT OF CORRECTIONS, Appellee.**

No. 04–1733.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 22, 2004.

Decided: Sept. 30, 2004.

Donald Williams, Marrero, LA, for Petitioner–Appellant.

Mark Bernard Levinger, Attorney General's Office, St. Paul, MN, for Respondent–Appellee.

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

PER CURIAM.

Donald Williams filed a petition under 28 U.S.C. § 2254, followed by numerous pretrial motions. On July 22, 2003, the district court[1] affirmed the magistrate judge's denial of several nondispositive motions. On August 19, 2003, the magistrate judge[2] denied other nondispositive motions and recommended denying Williams's motion for injunctive relief. Williams filed a notice of appeal (NOA) with respect to the July 22 and August 19 orders. The district court later denied the motion for an injunction, over Williams's

---

1. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, affirming an order of the Honorable Raymond L. Erickson, United States Magis-

trate Judge for the District of Minnesota. *See* Fed.R.Civ.P. 72(a).

2. Magistrate Judge Erickson.

objection; and eventually dismissed the habeas petition.

This court has jurisdiction over appeals of the final orders of district courts. *See Otey v. Marshall*, 121 F.3d 1150, 1154 (8th Cir.1997) (citing 28 U.S.C. § 1291). Because Williams filed his NOA while his habeas petition was still pending in the district court and did not file a new NOA following the district court's final judgment, we do not have jurisdiction over the appeal. *See Miller v. Special Weapons, L.L.C.*, 369 F.3d 1033, 1035 (8th Cir.2004). Although rulings on motions for injunctive relief are immediately appealable, *see* 28 U.S.C. § 1292(a)(1), the district court had not yet ruled on Williams's motion for an injunction when he filed his NOA. *See Miller*, 369 F.3d at 1035.

Accordingly, we dismiss the appeal for lack of jurisdiction.